[No. 3554.]

## McArthur v. Brigham.

Executors and Administrators—*Right to Control Litigation.* The personal representative to a decedent, who in that capacity has instituted a litigation, is not to be interfered with therein, by the heirs of the decedent, unless some sufficient cause for such interference is shown.

*Appeal from Arapahoe District Court.* Hon. Charles McCall, Judge.

Messrs. Crump & Allen, Mr. J. E. McCall, for appellant.

Messrs. Stuart & Murray, for appellee.

On motion to dismiss appeal, John T. Barnett, Protestant.

*Per curiam.*

Appellant moves to dismiss the appeal. Against granting said motion protest is filed by an attorney representing some of the heirs of the estate, for which, appellant is administratrix *de bonis non*. The protest is·not supported by any showing sufficient to justify a denial of the right of the administratrix to control this litigation. The protest is overruled and the motion to dismiss the appeal is granted.